970 A.2d 1039

IN THE MATTER OF ROBERT A. JONES, A
JUDGE OF THE MUNICIPAL COURT.

June 2, 2009.

**ORDER**

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **ROBERT A. JONES,** a Judge of the Municipal Court of the Township of Livingston, be publicly reprimanded for violating *Canon* 1 (a judge should observe high standards of conduct so the integrity and independence of the judiciary may be preserved), *Canon* 2A (a judge should respect and comply with the law and act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), and *Canon* 5A(2) (a judge should conduct all extra-judicial activities in a manner that does not demean the judicial office), and for engaging in misconduct in office and in conduct prejudicial to the administration of

justice that brings the judicial office into disrepute, in violation of *Rule* 2:15–8(a)(1) and(6);

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **ROBERT A. JONES**, a Judge of the Municipal Court of the Township of Livingston, is hereby publicly reprimanded.